223 So.2d 409

Dorothy COTHERN, wife of/and
Billy R. Cothern

v.

Peter J. LaROCCA, d/b/a Jim's Place, Fireman's Fund American Insurance Companies, the Employers' Group Of Insurance Companies and Mr. and Mrs. J. M. Lavigne, d/b/a Travel Inn Motel.

No. 49897.

June 13, 1969.

In re: Peter J. LaRocca, d/b/a Jim's Place, and Fireman's Fund American Insurance Companies applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Jefferson. 221 So.2d 836.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.